UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ED BUTCHER, LONNY BERGSTROM,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>TIMOTHY FOX, in his official capacity as Attorney General of Montana, JEFFREY MANGAN, in his official capacity as Montana Commissioner of Political Practices,<br><br>　　　　　　Defendants. | Case No. CV-20-057-H-DLC<br><br>JUDGMENT IN A CIVIL CASE |

　　　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED Pursuant to the Order issued (Doc. 24), judgment is entered in favor of the Defendants and against Plaintiffs.

　　Dated this 4th day of January 2021.

　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　By: /s/ Heidi Gauthier
　　　　　　　　　　　　　Heidi Gauthier, Deputy Clerk