IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ED BUTCHER, LONNY BERGSTROM, <br><br> Plaintiffs, <br><br> vs. <br><br> TIMOTHY FOX, in his official capacity as Attorney General of Montana, JEFFREY MANGAN, in his official capacity as Montana Commissioner of Political Practices, <br><br> Defendants. | CV 20–57–H–DLC <br><br><br> ORDER |

Before the Court is Plaintiffs Ed Butcher and Lonny Bergstrom's Unopposed Motion for Entry of Permanent Injunction. (Doc. 33.) The motion requests entry of a permanent injunction prohibiting Defendants from taking further action relating to COPP Case No. 2020-CFP-019, consistent with the United States Court of Appeals for the Ninth Circuit's decision in *Butcher v. Knudsen*, 34 F.4th 1163 (9th Cir. 2022). (*Id.* at 2.) Defendants do not oppose. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 33) is GRANTED. Defendants are PERMANENTLY ENJOINED from taking further action against Plaintiffs relating to COPP Case No. 2020-CFP-019.

1

DATED this 22nd day of November, 2022.

_____
Dana L. Christensen, District Judge
United States District Court